IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RICHARD WAYNE CROWDER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:11CV00501 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL WAYNE CROWDER and** | ) | By: James P. Jones |
| **CHERYL DARLING DALTON,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Opinion, it is hereby **ORDERED** that plaintiff's application to proceed in forma pauperis is GRANTED, but this action is DISMISSED as frivolous without prejudice, pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i), and is stricken from the active docket of the court.

ENTER: October 31, 2011

/s/ James P. Jones
United States District Judge